## George S. Richmond, Appellant, v. Mary Conner, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Jasper county; the Hon. THOMAS M. JETT, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed December 1, 1915.

### Statement of the Case.

Action by George S. Richmond, plaintiff, against Mary Conner, defendant, on a promissory note. Judgment by confession during vacation after the October term, 1913. On the defendant's motion at the October term, 1914, the judgment was opened and leave to plead granted. After joinder a trial before the judge without a jury resulted in a judgment for the defendant for costs and in bar. Plaintiff appeals.

EMERY ANDREWS and RAYMOND G. REAL, for appellant.

FITHIAN & KASSERMAN, for appellee.

MR. JUSTICE BOGGS delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENTS, § 78*—*when judgment by confession will be opened after term.* The courts of law exercise equitable control over judgments by confession and may open them after the term at which they were rendered has closed and another term has intervened before motion.

2. APPEAL AND ERROR, § 1414*—*when findings of trial court not disturbed on appeal.* Where the evidence is conflicting, the findings of the trial judge, a jury having been waived, will not be disturbed where no errors of law have intervened unless such findings are against the manifest weight of the evidence, even though the Appellate Court cannot say that its finding on the evidence as disclosed by the record would have been the same as that of the trial court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.